UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| CLEARLINK Financial Services Inc. (formerly known as MFP Financial Services Inc.), <br> Plaintiff, <br><br> v. <br><br> Stephen Schultz, <br> Defendant. | Civil Action No. _____ FDS <br><br> **05-40128** |

## CLEARLINK FINANCIAL SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 AND LOCAL RULE 7.3

The undersigned counsel for CLEARLINK Financial Services, Inc. submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts.

The filing party, a nongovernmental corporation, hereby certifies that CLEARLINK Financial Services, Inc. is a wholly owned subsidiary of CLEARLINK Holdings, Inc., which is a wholly owned subsidiary of CLEARLINK Capital Corporation.

CLEARLINK Financial Services, Inc.
By its counsel,

*/s/ William D. Jalkut*

William D. Jalkut, Esquire BBO#250020
Nisha Koshy Cocchiarella BBO#644710
FLETCHER, TILTON & WHIPPLE, P.C.
370 Main Street, 12th Floor
Worcester, MA 01608
(508) 459-8045 – Telephone
(508) 459-8345 – Facsimile

Appearance To Be Sought Pro Hac Vice
William B. B. Smith, Esquire
Georgia Bar No. 664637
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia
(404) 521-3939/Telephone
(404) 581-8330/Facsimile