AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Clearlink Financial Services, Inc.
(formerly known as MFP Financial Services, Inc.),
    Plaintiff,
          V.

Stephen Schultz,
    Defendant.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-40128FDS**

TO: (Name and address of Defendant)

Stephen Schultz
1155 Central Street
Leominster, MA   01453

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nisha Koshy Cocchiarella, Esq.
Fletcher, Tilton & Whipple, P.C.
370 Main St., 12th Floor
Worcester, MA 01608

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

8/5/05

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9/9/05 @ 1:46pm |
| NAME OF SERVER (PRINT) Edward L. Moynihan | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left true and attested copies at the defendants last and usual place of abode and by mailing a true and attested copy of the within to the defendant at the same address to wit: 58 Prescott St., Unit 9, Lowell, MA 01852.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/9/05
            *Date*     *Signature of Server*  /s/ Edward L. Moynihan

           340 Main St., Worcester, MA 01608
           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.