UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

DOCKET NO. 05-40128-FDS

| | |
|---|---|
| CLEARLINK FINANCIAL SERVICES, INC.<br>(formerly known as MFP Financial Services, Inc.)<br>    Plaintiff and Defendant-in-Counterclaim,<br><br>v.<br><br>STEPHEN SCHULTZ,<br>    Defendant and Plaintiff-in-Counterclaim | **JOINT STATEMENT<br>PURSUANT TO L.R. 16.1** |

**PROPOSED TIMETABLE FOR
DISCOVERY AND MOTION PRACTICE**

| | | |
|---|---|---|
| 1. | Initial Disclosure | February 7, 2006 |
| 2. | Amendment to Pleadings | June 7, 2006 |
| 3. | Fact Discovery | |
| | (a) interrogatories and documents requests served by | March 7, 2006 |
| | (b) requests for admissions served by | June 7, 2006 |
| | (c) fact depositions completed by | September 8, 2006 |
| 4. | Fact Discovery - Final Deadline | September 29, 2006 |
| 5. | Status Conference | Court's Discretion |
| 6. | Expert Discovery | |
| | (a) plaintiff's designation and disclosure | October 29, 2006 |
| | (b) deposition of plaintiff's experts completed by | November 30, 2006 |
| | (c) defendants designation and disclosure | December 29, 2006 |
| | (d) deposition of defendant's experts completed by | January 30, 2007 |

7. Dispositive Motions
    (a) filed by                                    February 28, 2007
    (b) opposition filed by                         March 30, 2007

8. Pre-trial Conference                              Court's Discretion

## **USE OF MAGISTRATE**

There is no agreement on the use of a magistrate for trial purposes.

                                      CLEARLINK FINANCIAL SERVICES, INC.
                                      By its attorney,


                                      /s/ William D. Jalkut
                                      William D. Jalkut (BBO# 250020)
                                      Fletcher, Tilton & Whipple, P.C.
                                      370 Main Street – 12th Floor
                                      Worcester, MA 01608-1779
                                      (508) 459-8000

Dated: January 4, 2006


                                      STEPHEN A. SCHULTZ
                                      By his attorney,


                                      /s/ Daniel W. Cronin
                                      Daniel W. Cronin, Esq. (BBO# 548200)
                                      P. O. Box 676
                                      Lunenburg, MA  01462
                                      (978) 582-0700

Dated: January 4, 2006