UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

DOCKET NO. 05-40128-FDS

CLEARLINK FINANCIAL SERVICES, INC.
(formerly known as MFP Financial Services, Inc.)
    Plaintiff and Defendant-in-Counterclaim,

v.

STEPHEN SCHULTZ,
    Defendant and Plaintiff-in-Counterclaim.

## PLAINTIFF'S CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

Pursuant to L.R. 16.1(D)(3), the Plaintiff, CLEARLINK Financial Services, Inc. (formerly known as MFP Financial Services, Inc.) and its counsel certify as follows:

(a)     Counsel and client have conferred regarding a budget for the full course of the instant litigation and reasonably identifiable alternative courses of the litigation; and

(b)     Counsel and client have conferred regarding the utility of alternative dispute resolution programs.

FLETCHER, TILTON & WHIPPLE, P.C.

By: ____/s/ William D. Jalkut_____
William D. Jalkut, Esq.
370 Main Street, 12th Floor
Worcester, MA 01608
(508) 459-8045
BBO No. 250020

CLEARLINK Financial Services, Inc.
(formerly known as MFP Financial Services, Inc.

By: _____/s/ Karen Britton_____
    Karen Britton, Esq.
    Office of the General Counsel

CERTIFICATE OF SERVICE

I, William D. Jalkut, hereby certify that on January 4, 2006, I served a true and accurate copy of the foregoing Plaintiff's Certificate Pursuant to L.R. 16.1(D)(3) via first class mail, postage prepaid:

Daniel W. Cronin, Esq.
P. O. Box 676
Lunenburg, MA  01462

       _____/s/ William D. Jalkut_____
       William D. Jalkut