UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

DOCKET NO. 05-40128-FDS

| | |
|---|---|
| CLEARLINK FINANCIAL SERVICES, INC.<br>(formerly known as MFP Financial Services, Inc.)<br>    Plaintiff and Defendant-in-Counterclaim,<br><br>v.<br><br>STEPHEN SCHULTZ,<br>    Defendant and Plaintiff-in-Counterclaim | **NOTICE OF APPEARANCE** |

Please enter my appearance as attorney for the Plaintiff and Defendant-in-Counterclaim, Clearlink Financial Services, Inc. (formerly known as MFP Financial Services, Inc.), in the above-entitled case.

                                              CLEARLINK FINANCIAL SERVICES, INC.
                                              By its attorney,

                                              /s/ Nisha Koshy Cocchiarella
                                            Nisha Koshy Cocchiarella (BBO# 644710)
                                            Fletcher, Tilton & Whipple, P.C.
                                            370 Main Street – 12th Floor
                                            Worcester, MA 01608-1779
                                            (508) 798-8022

Dated:  January 5, 2006