UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| CLEARLINK FINANCIAL SERVICES, INC., | ) ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO.  05-40128-FDS |
| | ) | |
| STEPHEN SHULTZ, | ) | |
| | ) | |
| Defendant, | ) | |

## NOTICE OF AND ORDER REGARDING MEDIATION

The parties are hereby notified that the court has scheduled a mediation conference for **Thursday, April 27, 2006 @ 10:00 A.M.** in The United States District Court in **Worcester**, Courtroom #1 on the 5th Floor.  Counsel are directed to be present with their respective clients.

In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement.  This should be filed with  Judge Hillman's Clerk  by e-mail  at lisa_roland@mad.uscourts.gov  **no later than one (1) day before the conference.**  The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**


                       / s /Timothy S. Hillman
                       Timothy S. Hillman
DATED: March 30, 2006          United States Magistrate Judge