# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS


CLEARLINK FINANCIAL
SERVICES, INC.,
                    Plaintiff,                                    CIVIL ACTION
        v.                                                       NO.   05-40128-FDS

STEPHEN SHULTZ,

                    Defendant,

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

### TO: JUDGE SAYLOR

HILLMAN, M.J.

On   April 27, 2006_____  I held the following ADR proceeding:

____   EARLY NEUTRAL EVALUATION        _X_   MEDIATION
____   MINI-TRIAL                      _____ SUMMARY JURY TRIAL
____   SETTLEMENT CONFERENCE


The parties were present in person or by an authorized corporate officer .

The case was:

( )    Settled.  Your clerk should enter a ____ day order of dismissal.
(X)    There was progress.  A further conference has been scheduled for June 22, 2006 at 10:00 a.m.
       unless the case is reported settled prior to that date.
( )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
       productive.  This case should be restored to your trial list.


May 2,  2006_____                      /s/ Timothy S. Hillman_____
Date                                   TIMOTHY S. HILLMAN, M.J.