UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

DOCKET NO. 05-40128-FDS

| | |
|---|---|
| CLEARLINK FINANCIAL SERVICES, INC. (formerly known as MFP Financial Services, Inc.)<br>    Plaintiff and Defendant-in-Counterclaim,<br><br>v.<br><br>STEPHEN SCHULTZ,<br>    Defendant and Plaintiff-in-Counterclaim | **JOINT MOTION TO CONTINUE STATUS CONFERENCE AND REMAND CASE TO MEDIATION** |

The Plaintiff and Defendant jointly move (a) that the Court reschedule the Status Conference presently scheduled for August 4, 2006 at 3:00 p.m., and (b) the case be remanded to mediation. As grounds for this Motion, the parties assert as follows:

1. The case was remanded to Judge Hillman for mediation.

2. The mediation was conducted on April 27, 2006. At the mediation an issue was raised with respect to "ability to pay." By recommendation of the mediator and agreement of the parties, the mediation was suspended to enable Plaintiff to depose the Defendant on his "ability to pay." The mediation was scheduled to resume on June 22, 2006.

3. The deposition has been conducted.

4. The second day of the mediation was cancelled by the Court due to Judge Hillman's unexpected absence.

5. The parties are prepared to resume the mediation at Judge Hillman's convenience.

WHEREFORE, the parties request that the Status Conference be scheduled for a date after the anticipated second day of mediation.

|  |  |
|---|---|
|  | CLEARLINK FINANCIAL SERVICES, INC.<br>By its attorney,<br><br>   /s/ William D. Jalkut<br>William D. Jalkut (BBO# 250020)<br>Fletcher, Tilton & Whipple, P.C.<br>370 Main Street – 12th Floor<br>Worcester, MA 01608-1779<br>(508) 459-8000<br>*wjalkut@ftwlaw.com* |
| Dated:  August 3, 2006 |  |
|  | STEPHEN A. SCHULTZ<br>By his attorney,<br><br>   /s/ Daniel W. Cronin<br>Daniel W. Cronin, Esq. (BBO# 548200)<br>P. O. Box 676<br>Lunenburg, MA  01462<br>(978) 582-0700 |
| Dated:  August 3, 2006 | *croninlaw@comcast.net* |

**CERTIFICATION OF SERVICE**

I, William D. Jalkut, Esquire, hereby certify that this Joint Motion to Continue Status Conference and Remand Case to Mediation, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing

      /s/ William D. Jalkut, Esq.