UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

DOCKET NO. 05-40128-FDS

| | |
|---|---|
| CLEARLINK FINANCIAL SERVICES, INC. (formerly known as MFP Financial Services, Inc.)<br>    Plaintiff and Defendant-in-Counterclaim,<br><br>v.<br><br>STEPHEN SCHULTZ,<br>    Defendant and Plaintiff-in-Counterclaim | **JOINT MOTION TO<br>CONTINUE MEDIATION** |

The Plaintiff and Defendant jointly move that the Court reschedule the mediation presently scheduled for November 2, 2006, at 2:45 p.m. As grounds for this Motion, the parties assert as follows:

1. The case was remanded to Judge Timothy S. Hillman for mediation.

2. The mediation was conducted on April 27, 2006. At the mediation an issue was raised with respect to Defendant's "ability to pay." By recommendation of the mediator and agreement of the parties, the mediation was suspended to enable Plaintiff to depose the Defendant on his "ability to pay." The mediation was scheduled to resume on June 22, 2006.

3. The deposition has been conducted.

4. The second day of the mediation was rescheduled to November 2, 2006, however, Plaintiff's corporate representative cannot be present on that date.

{W:\WDDATA\25375\0001\00127735.DOC}

WHEREFORE, the parties respectfully request that the mediation be rescheduled to a date and time that is convenient for the Court.

|  |  |
|---|---|
|  | CLEARLINK FINANCIAL SERVICES, INC.<br>By its attorney,<br><br>   /s/ William D. Jalkut<br>William D. Jalkut (BBO# 250020)<br>Fletcher, Tilton & Whipple, P.C.<br>370 Main Street – 12th Floor<br>Worcester, MA 01608-1779<br>(508) 459-8000<br>*wjalkut@ftwlaw.com* |
| Dated:  November 2, 2006 |  |
|  | STEPHEN A. SCHULTZ<br>By his attorney,<br><br>   /s/ Daniel W. Cronin<br>Daniel W. Cronin, Esq. (BBO# 548200)<br>P. O. Box 676<br>Lunenburg, MA  01462<br>(978) 582-0700 |
| Dated:  November 2, 2006 | *croninlaw@comcast.net* |

### CERTIFICATION OF SERVICE

I, William D. Jalkut, Esquire, hereby certify that this Joint Motion to Continue Mediation, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing

   /s/ William D. Jalkut, Esq.