UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

DOCKET NO. 05-40128-FDS

| | |
|---|---|
| CLEARLINK FINANCIAL SERVICES, INC. (formerly known as MFP Financial Services, Inc.) Plaintiff and Defendant-in-Counterclaim, <br><br> v. <br><br> STEPHEN SCHULTZ, Defendant and Plaintiff-in-Counterclaim. | **PLAINTIFF'S MOTION TO VACATE JUNE 5, 2007 SETTLEMENT ORDER OF DISMISSAL** |

The plaintiff, Clearlink Financial Services, Inc., ("Clearlink"), respectfully moves that this court vacate its June 5, 2007 Settlement Order of Dismissal. As grounds for this motion, Clearlink asserts that "good cause" exists for such an order. More specifically, Clearlink asserts as follows:

1. By Order dated March 5, 2007, this court set a deadline of April 23, 2007 for dispositive motions.

2. On or about March 13, 2007, with full authorization from the defendant Mr. Schultz, counsel reached agreement to settle the case for payment of a sum certain in 2 installments.

3. On or about April 6, 2007, Clearlink's counsel sent a first draft of the settlement documents to Mr. Schultz's counsel.

4. On or about May 6 and May 9, 2007, through counsel, Mr. Schultz reported that the installment payments would not be necessary and that Mr. Schultz would pay the entire settlement amount in a lump sum. Mr. Schultz, through counsel, represented that he would have the funds in early June. Clearlink agreed to the lump sum payment.

5. On or about June 4, 2007 counsel agreed that the case should be reported settled to the court in advance of the June 6, 2007 Status Conference. A closing date of 11 am on June 13, 2007 was arranged for the exchange of executed Settlement Agreement(s) and delivery of the settlement amount.

6. The final form of the Settlement Agreement was agreed upon by counsel on or about June 4, 2007

7.   This court entered the Settlement Order of Dismissal on June 5, 2007.

8.   Clearlink executed the Settlement Agreement on June 8, 2007 and delivered it to Worcester on June 11, 2007.

9.   On June 12, 2007, Mr. Schultz's counsel informed Clearlink's counsel that (a) neither Mr. Schultz nor his counsel would attend the June 13, 2007 closing, and (b) Mr. Schultz claimed an inability to fund the payment of the settlement amount.[1]

10.   Since June 12, 2007, Mr. Schultz has not reported on when, if ever, he intends to pay the settlement amount.

Clearlink asserts that Mr. Schultz reneged on his agreement to pay the settlement amount. After representing that he would have the funds, Mr. Schultz cancelled the closing. Mr. Schultz has no conceivable basis to oppose this motion.

The court, of course, has the final authority on whether any nisi dismissal should be vacated. Clearlink respectfully asserts that it played no part in Mr. Schultz's misrepresentation. Clearlink was and remains a victim. Surely, Clearlink was entitled to rely on the representations of Mr. Schultz's counsel, who was and remains a respected member of the bar, that the June 13, 2007 closing date was genuine.

For all of the reasons stated above, Clearlink requests that this court (a) vacate the June 5, 2007 Settlement Order of Dismissal, (b) restore this case to the active list; (c) convene a Status Conference at the court's convenience and (d) entertain a subsequent motion for sanctions against Mr. Schultz.

---

[1] By this motion, Clearlink does not imply that Mr. Schultz's counsel acted inappropriately. Clearlink accepts that Attorney Cronin, too, was victimized by Mr. Schultz at the last moment.

Plaintiff and Defendant In Counterclaim,
Clearlink Financial Services, Inc. (formerly
known as MFP Financial Services, Inc.)

By its Counsel:

_____
William D. Jalkut, Esq., BBO #250020
FLETCHER, TILTON & WHIPPLE, P.C.
370 Main Street – 12th floor
Worcester, MA  01608
Telephone (508) 459-8000


## CERTIFICATE OF SERVICE

I, William D. Jalkut, Esquire, hereby certify that on this __27__ day of June, 2007 a copy of the foregoing, was mailed this day by first class mail, postage prepaid, to: Daniel W. Cronin, Esq., P.O. Box 676, Lunenberg, MA  01462.

_____
William D. Jalkut

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

DOCKET NO. 05-40128-FDS

| | |
|---|---|
| CLEARLINK FINANCIAL SERVICES, INC. (formerly known as MFP Financial Services, Inc.) Plaintiff and Defendant-in-Counterclaim, <br><br> v. <br><br> STEPHEN SCHULTZ, Defendant and Plaintiff-in-Counterclaim. | **AFFIDAVIT OF WILLIAM D. JALKUT** |

I, William D. Jalkut, do hereby depose and say as follows:

1. I have been and remain counsel to the plaintiff Clearlink Financial Services, Inc. ("Clearlink").

2. I authored the Plaintiff's Motion to Vacate June 5, 2007 Settlement Order of Dismissal. The factual assertions set forth at numbered paragraphs 1-10 are accurate.

3. Mr. Schultz's failure to pay the sum certain settlement on June 13, 2007, or at any time since, has placed Clearlink in the position of having to ask the court to vacate the nisi order of June 5, 2007. Clearlink is embarrassed to have to make this request of the court but Clearlink has no choice given Mr. Schultz's conduct.

Signed under the pains and penalties of perjury this 27 day of June, 2007.

_____
William D. Jalkut

{Client Files\25375\0001\00193673.DOC}