UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

DOCKET NO. 05-40128-FDS

| | |
|---|---|
| CLEARLINK FINANCIAL SERVICES, INC. (formerly known as MFP Financial Services, Inc.) Plaintiff and Defendant-in-Counterclaim, <br><br> v. <br><br> STEPHEN SCHULTZ, Defendant and Plaintiff-in-Counterclaim. | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Plaintiff and Defendant In Counterclaim, Clearlink Financial Services, Inc. (formerly known as MFP Financial Services, Inc.), and Stephen Schultz, Defendant and Plaintiff in Counterclaim, hereby stipulate that the Complaint, Counterclaim and all claims between the parties are hereby dismissed with prejudice.

All rights of appeal are waived. All parties shall bear their own legal fees and costs.

The parties identified above represent all of the parties who have appeared in this action.

| | |
|---|---|
| Plaintiff and Defendant In Counterclaim, Clearlink Financial Services, Inc. (formerly known as MFP Financial Services, Inc.) <br><br> By its Counsel: <br><br> _____ <br> William D. Jalkut, Esq. BBO #250020 <br> FLETCHER, TILTON & WHIPPLE, P.C. <br> 370 Main Street – 12th floor <br> Worcester, MA  01608 <br> Telephone (508) 459-8000 | Defendant and Plaintiff In Counterclaim, Stephen Schultz <br><br> By his Counsel: <br><br> _____ <br> Daniel W. Cronin, Esq. BBO #548200 <br> P.O. Box 676 <br> Lunenberg, MA  01462 <br> Telephone (978) 582-0700 |

{Client Files\25375\0001\00188265.DOC}